MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX TSE (CSBN 152348)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
Facsimile:  (408) 535-5081
Email: james.scharf@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER ON RACE, POVERTY & THE ENVIRONMENT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. C 12-5074 LB<br><br>STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE<br>ORDER |

Defendant United States Environmental Protection Agency ("Defendant" or "EPA") and Plaintiff Center on Race, Poverty & the Environment ("Plaintiff" or "CRPE"), by and through their respective counsel, hereby stipulate and agree, as follows:

WHEREAS, on September 28, 2012, Plaintiff filed its Complaint for Declaratory and Injunctive Relief ("Complaint"), alleging violations of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, regarding its *Angelita C.* and *Padres* FOIA Requests ("FOIA Requests").

WHEREAS, the FOIA requests upon which this suit is based sought records related to (1) EPA's

STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE
Case No. C 12-5074 LB

1

1 | Office of Civil Rights' investigation and resolution of the Title VI Complaint *Angelita C. v. California*
2 | *Department of Pesticide Regulation* Complaint #16R-99R9 ("Angelita C",) and (2) EPA's Office of
3 | Civil Rights' investigation of the Title VI complaint *Padres Hacia Una Vida Mejor v. California*
4 | *Department of Toxic Substances* Control, Complaint #01R-95-R9 ("Padres");

   WHEREAS, after completing its production of responsive records, EPA completed its representative sampling process and timely produced *Vaughn* indices for records that were partially and fully withheld as well as agreeing to an *in camera* review of withheld records by Magistrate Beeler;

   WHEREAS, the parties participated in a settlement conference with Magistrate Judge Beeler on May 18, 2015; Defendant participated in a further settlement conference with Magistrate Judge Beeler on May 28, 2015; the parties continued to discuss settlement with each other and Magistrate Judge Beeler thereafter; and said settlement discussions resulted in a complete settlement of this action;

   WHEREAS, Plaintiffs and Defendant wish to avoid any further litigation and controversy and to settle and compromise fully any and all claims and issues that have been raised, or could have been raised in this action, which have transpired prior to the execution of this Stipulation of Settlement and Dismissal with Prejudice ("Stipulation");

   NOW, THEREFORE, in consideration of the mutual promises contained in this Stipulation, and other good and valuable consideration, receipt of which is hereby anticipated, the parties agree as follows:

   1.   The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Stipulation.

   2.   Defendant produced to Plaintiff the eighteen documents selected by Plaintiff that Magistrate Judge Beeler reviewed *in camera* at said settlement conferences, in full compliance with Magistrate Judge Beeler's document by document recommendations. Defendant represents that it faithfully complied with all of Magistrate Judge Beeler's recommendations.

   3.   Defendant further agrees to pay the sum of $140,000.00 ("Settlement Amount") to Plaintiff's counsel for Plaintiff's reasonable attorney's fees and costs, which sum shall be in full and

STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE
Case No. C 12-5074 LB

1  final satisfaction of all of Plaintiff's rights and claims in this case, including but not limited to those for
2  attorney's fees, costs and other litigation expenses, including interest, and Defendant shall have no
3  further liability for any further amounts. Defense counsel shall promptly request the settlement check or
4  electronic funds transfer after notification of the entry of this Stipulation onto the Court's docket.
5  Defense counsel has advised Plaintiff's counsel that issuance of the settlement check could take up to
6  sixty days. Plaintiff and Plaintiff's counsel agree to cooperate with Defendant's counsel in promptly
7  providing additional reasonable information needed for requesting payment and transmission of funds.

8      4.    Plaintiff hereby agrees to accept production of the documents described in Paragraph 2 of
9  this Stipulation and the Settlement Amount in full settlement and satisfaction of all claims, and hereby
10 releases and forever discharges Defendant, its successors, the United States of America, and any
11 department, agency, or establishment of the United States, and any officers, employees, agents,
12 successors or assigns of such department, agency or establishment, from any and all claims and causes
13 of action that Plaintiffs assert or could have asserted in this litigation, or which hereafter could be
14 asserted by reason of, or with respect to, or in connection with, or which arise out of, the FOIA Requests
15 on which this action is based or any other matter alleged in the Complaint, including but not limited to
16 all past, present or future claims for attorneys' fees or costs, or litigation expenses in connection with the
17 above-captioned litigation. This Stipulation is understood not to preclude or prevent Plaintiffs from
18 seeking through FOIA or other means records not sought in the FOIA Requests that gave rise to this
19 action.

20     5.    This Stipulation shall represent full and complete satisfaction of all claims arising from
21 the allegations set forth in the Complaint, including the full and complete satisfaction of all claims for
22 costs, attorney's fees, search, review or processing fees that have been or could be, made in this case in
23 connection with Plaintiff's FOIA claims. In particular, this Stipulation shall resolve all claims for
24 attorney's fees and costs, as well as search, review and processing fees incurred by both Plaintiff and
25 Defendant in connection with the administrative FOIA process, the District Court litigation process, and
26 any other proceedings involving the claims raised in this action.

27     6.    This Stipulation shall not constitute an admission of liability or fault on the part of the
28 STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE
Case No. C 12-5074 LB

3

Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. The parties agree that this Stipulation shall not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States, except in the event of an action brought by any party hereto to enforce this Stipulation.

8. This Stipulation shall be binding on and inure to the benefit of the parties hereto and their respective successors and assigns.

9. Execution of this Stipulation by counsel for the parties shall constitute a dismissal of all claims in this action with prejudice, effective upon entry of this stipulation onto the Court's docket, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

10. The persons signing this Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

11. The provisions of California Civil Code Section 1542 are set forth below:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

Plaintiff, having been apprised of the statutory language of Civil Code Section 1542, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights he may have pursuant to the provision of that statute and any similar provision of federal law. Plaintiff understands that, if the facts concerning Plaintiff's claim and the liability of the government for damages pertaining thereto are found hereinafter to be other than or different from the facts now believed by them to be true, the Stipulation shall be and remain effective notwithstanding such material difference.

12. If any withholding or income tax liability is imposed upon Plaintiff based on the Settlement Amount or any other term of this Stipulation, Plaintiff shall be solely responsible for paying any such determined liability from any government agency. Nothing in this Stipulation constitutes an

STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE
Case No. C 12-5074 LB

agreement by Defendant concerning the characterization of the Settlement Amount for the purposes of the Internal Revenue Code, Title 26 of the United States Code.

13. If any provision of this Stipulation shall be invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provision shall not in any way be affected or impaired thereby.

14. This Stipulation shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the parties hereto. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Stipulation.

15. This Stipulation may not be altered, modified, or otherwise changed in any respect except in writing, duly executed by all parties or their authorized representatives.

16. This Stipulation may be executed in counterparts and is effective on the date by which both parties have executed the Stipulation.

17. The Court shall retain jurisdiction for the purposes of enforcing and interpreting this Stipulation.

IT IS SO STIPULATED.

DATED: July 6, 2015           By: _____
                                  DANIEL C. SNYDER
                                  Attorney for Plaintiff CRPE

DATED: July 6, 2015           MELINDA HAAG
                              United States Attorney

                              By: _____
                                  JAMES A. SCHARF
                                  Assistant United States Attorney
                                  Attorneys for Defendant EPA

Dated: July 8, 2015

APPROVED
Judge Laurel Beeler

STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE
Case No. C 12-5074 LB

5